NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK UPCHURCH,**

*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2024-1855

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-21-0350-I-1.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                                      UPCHURCH V. DEFENSE

(2)  Each side shall bear their own costs.

FOR THE COURT

February 25, 2025                          Jarrett B. Perlow
Date                                       Clerk of Court

**ISSUED AS A MANDATE:** February 25, 2025